# United States District Court

Eastern District of California

**JOSE T. BENITEZ,**

        Plaintiff,

v.

**COMMISSIONER of SOCIAL SECURITY,**

        Defendant.

**ORDER on APPLICATION to PROCEED WITHOUT PREPAYMENT of FEES**

**CASE NO:** CIV-F 05-937

Having considered the Application to Proceed Without Prepayment of Fees under 28 U.S.C. § 1915:

**IT IS ORDERED** that the application is: **GRANTED.**

The Clerk is directed to file the complaint

**IT IS FURTHER ORDERED** that the clerk issue Summons and the United States Marshal serve a copy of the Complaint, Summons and this Order upon the Defendant(s) as directed by the Plaintiff. All costs of service shall be advanced by the United States.

**ENTERED** this 27th day of July, 2005

                _____/s/ Dennis L. Beck_____
                      **Signature of Judicial Officer**

                _____
                      **Name and Title of Judicial Officer**