ROBERT D. CHRISTENSON, #076060
CHRISTENSON LAW FIRM
472 WEST PUTNAM AVENUE
PORTERVILLE, CALIFORNIA   93257

(559) 784-4934
(559) 784-3431

**Attorneys for Appellant**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT of CALIFORNIA

---o0o---

| | |
|---|---|
| JOSE BENITEZ, )<br>)<br>)<br>    Appellent,    )<br>)<br>vs            )<br>)<br>COMMISSIONER of )<br>SOCIAL SECURITY, )<br>)<br>    Defendant.    )<br>_____) | CASE NO: CIV-F 05-0967 AWI<br><br>STIPULATION and ORDER<br>to<br>EXTEND TIME |

The parties, through their respective counsel, stipulate that the time for filing Appellant's Opening Brief be extended from February 19, 2006 to March 21, 2006.

/ / / / /                                                                                                        \ \ \ \ \

This is the Appellant's first request for an extension of time in this case. The Plaintiff needs more time to prepare the Opening Brief.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | /s/ Robert D. Christenson |
| Dated: February 14, 2006 | ROBERT D. CHRISTENSON<br>Attorney for Plaintiff |
| Dated: February 14, 2006 | **McGREGOR W. SCOTT**<br>United States Attorney |
|  | /s/ Kristi C. Kapetan /sjm |
|  | **KRISTI C. KAPETAN**<br>Assistant U.S. Attorney |

IT IS SO ORDERED.

Dated:   **February 16, 2006**            **/s/ Dennis L. Beck**
3c0hj8                                            UNITED STATES MAGISTRATE JUDGE