ROBERT D. CHRISTENSON, #076060
CHRISTENSON LAW FIRM
472 WEST PUTNAM AVENUE
PORTERVILLE, CALIFORNIA  93257

(559) 784-4934
(559) 784-3431

Attorneys for Appellant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT of CALIFORNIA

---oOo---

| | |
|---|---|
| JOSE BENITEZ, | CASE NO: CIV-F 05-0967 AWI *TAG* |
| Appellant, | |
| vs | STIPULATION and ORDER to |
| COMMISSIONER of SOCIAL SECURITY, | EXTEND TIME |
| Defendant. | |

The parties, through their respective counsel, stipulate that the time for filing Appellant's Opening Brief be extended from February 19, 2006 to March 21, 2006.

/ / / / /                                                                                                                                          \ \ \ \ \

This is the Appellant's first request for an extension of time in this case. The Plaintiff needs more time to prepare the Opening Brief.

Respectfully submitted,

/s/ Robert D. Christenson

Dated:  February 14, 2006

ROBERT D. CHRISTENSON
Attorney for Plaintiff

Dated:  February 14, 2006

**McGREGOR W. SCOTT**
United States Attorney

/s/ Kristi C. Kapetan /sjm

**KRISTI C. KAPETAN**
Assistant U.S. Attorney

**IT IS SO ORDERED.**

Date: 2/16/2006

United States Magistrate Judge