IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE BENITEZ,<br><br>        Plaintiff,<br><br>    vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>        Defendant.<br>_____/ | CASE NO. 1:05-cv-00967 AWI TAG<br><br>ORDER OF REFERENCE TO MAGISTRATE JUDGE |

    The parties to this action have filed Consents to Jurisdiction of United States Magistrate Judge. (Docs. 4 and 13). Thus, on the basis of good cause, this action is referred to United States Magistrate Judge Theresa A. Goldner for all further proceedings and entry of judgment in accordance with 28 U.S.C. § 636(c) and F.R.Civ.P. 73(c). The new case number shall be **1:05-cv-00967 TAG**. All further documents filed in this action shall bear the new case number.

IT IS SO ORDERED.

**Dated:  March 24, 2006**                /s/ **Anthony W. Ishii**
0m8i78                                               UNITED STATES DISTRICT JUDGE