1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTI C. KAPETAN
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4036
5
   Attorneys for Defendant
6

7
                IN THE UNITED STATES DISTRICT COURT FOR THE
8
                     EASTERN DISTRICT OF CALIFORNIA
9

10 JOSE T. BENITEZ,                    )    1:05-cv-0967 TAG
                                       )
11               Plaintiff,            )    STIPULATION AND
                                       )    ORDER TO EXTEND
12        v.                           )    TIME
                                       )
13 JO ANNE B. BARNHART,                )
   Commissioner of Social             )
14 Security,                          )
                                       )
15               Defendant.            )
                                       )
16 _____)

17        The parties, through their respective counsel, stipulate that the time for filing defendant's

18 opposition to plaintiff's opening brief be extended from April 18, 2006 to May 18, 2006.

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1         This is defendant's first request for an extension of time to file a response to plaintiff's opening

2    brief.  Defendant needs the additional time to further review the file and prepare a response in this

3    matter.

4                                Respectfully submitted,

5

6    Dated: March 31, 2006          /s/ Robert D. Christenson
                                    (As authorized via facsimile)
7                                   ROBERT D. CHRISTENSON
                                    Attorney for Plaintiff
8

9

10   Dated: March 31, 2006          McGREGOR W. SCOTT
                                    United States Attorney
11

12                                  /s/ Kristi C. Kapetan
                                    KRISTI C. KAPETAN
13                                  Assistant U.S. Attorney

14

15   **IT IS SO ORDERED:**

16

17   Dated: April 3, 2006          THE HONORABLE THERESA A. GOLDNER
                                    United States Magistrate Judge
18

19

20

21

22

23

24

25

26

27

28