```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTI C. KAPETAN
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street,
 4  Fresno, California 93721
    Telephone:  (559) 497-4036
 5
    Attorneys for Defendant
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT FOR THE

 9                    EASTERN DISTRICT OF CALIFORNIA

10  JOSE BENITEZ,                  )   1:05-CV-0967 TAG
                                   )
11               Plaintiff,        )   STIPULATION AND ORDER
                                   )   AWARDING EAJA ATTORNEY FEES
12          v.                     )
                                   )
13  JO ANNE B. BARNHART,           )
    Commissioner of Social         )
14  Security,                      )
                                   )
15               Defendant.        )
    _____)
16

17        IT IS HEREBY STIPULATED by the parties, through their

18  undersigned counsel, subject to the approval of the Court, that

19  counsel for plaintiff be awarded attorney fees under the Equal

20  Access to Justice Act in the amount of ONE THOUSAND FOUR HUNDRED

21  DOLLARS AND NO CENTS ($1,400.00).  This amount represents

22  compensation for legal services rendered on behalf of plaintiff by

23  counsel in connection with this civil action for services

24  performed before the district court in accordance with 28 U.S.C. §

25  2412(d).

26  ///

27  ///

28
                                   1
```

This stipulation constitutes a compromise settlement of plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of defendant under the EAJA. Payment in the aforementioned sum under EAJA shall constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorneys fees incurred in this action under EAJA.

The settlement of plaintiff's claim for EAJA attorney fees does not preclude plaintiff's counsel from seeking attorney fees under 42 U.S.C. § 406(b) of the Social Security Act, subject to the offset provisions of the law.

                                        Respectfully submitted,

Dated: September 8, 2006      /s/ Robert D. Christenson
                                         (As authorized via facsimile)
                                         ROBERT D. CHRISTENSON
                                         Attorney for Plaintiff

Dated: September 8, 2006      McGREGOR W. SCOTT
                                         United States Attorney

                                         /s/Kristi C. Kapetan
                                         KRISTI C. KAPETAN
                                         Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:   **September 18, 2006**                       **/s/ Theresa A. Goldner**
**j6eb3d**                                             UNITED STATES MAGISTRATE JUDGE